## STATE v. MALLOY

No. 419P02

Case below: 151 N.C. App. 600

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

## STATE v. McCRAE

No. 447P02

Case below: 151 N.C. App. 601

Motion by the Attorney General to dismiss the appeal filed by defendant pro se for lack of substantial constitutional question allowed 3 October 2002. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

## STATE v. McDONALD

No. 400P02

Case below: 151 N.C. App. 236

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

## STATE v. MILLER

No. 453P02

Case below: 151 N.C. App. 601

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

## STATE v. PAYNE

No. 431P02

Case below: 151 N.C. App. 601

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.